## FRANCISCO CASTENADA *v.* THE STATE.

BURGLARY — CHARGE OF THE COURT.— In a prosecution for burglary with intent to commit theft, it is incumbent on the court to give in charge to the jury the law of theft, as well as that of burglary.

APPEAL from the District Court of Cameron. Tried below before the Hon. J. C. RUSSELL.

The indictment charged the burglarious entry of the store house of D. Barreda, and the theft therefrom of two pairs of boots. The verdict of guilty assessed the defendant's punishment at two years in the penitentiary.

*J. C. Scott,* for the appellant.

*H. Chilton,* Assistant Attorney General, for the State.

WHITE, P. J. Appellant was indicted for the crime of burglary with intent to steal. The judgment will be reversed for failure of the court to charge the jury upon the law of theft. When burglary is charged to have been committed with intent to commit theft, or to *steal,* the law of theft as well as that of burglary should be given in charge to the jury. *Simms* v. *State,* 2 Texas Ct. App. 110.

*Reversed and remanded.*